UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself and all
others similarly situated,

                                     Plaintiff,

           -against-

S AND L FLOWER COMPANY,

                                     Defendant.
-----------------------------------------------------------------X

22-CV-08383 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff commenced this action on September 30, 2022. See EFC No. 1. On October 31, 2022, counsel for Defendant filed a notice of appearance, and on November 3, 2022, Plaintiff filed an executed waiver of service on the docket. See ECF Nos. 6, 8. The deadline for Defendant to submit a response to the complaint was January 2, 2023; however, Defendant has failed to submit any such response. **Defendant is hereby directed to answer or otherwise respond to Plaintiff's complaint by no later than May 9, 2023.**

      SO ORDERED.

DATED:    New York, New York
             April 25, 2023

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge