UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

Plaintiff,

-v.-

S AND L FLOWER COMPANY

Defendants.

------------------------------------------------------------x

Civil Action No:
1:22-cv-8383

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 20, 2023

| For Plaintiff Bryan Velazquez | For Defendant S and L Flower Company |
|---|---|
| *Mark Rozenberg* | *[signature]* |
| Mark Rozenberg | David Stein |
| Stein Saks, PLLC | Stein & Nieporent, LLP |
| One University Plaza | 1441 Broadway Suite 6090 |
| Hackensack, NJ 07601 | New York, NY 10018 |
| Ph: (201) 282-6500 | Ph: (212) 308-3444 |
| mrozenberg@steinsakslegal.com | dstein@steinllp.com |

1